77

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCES TILGHMAN and
SHARON HEARD-McKNIGHT

VS.                                          :   NO. 3:01CV1657(RNC)

WATERBURY BOARD OF EDUCATION,
MATTHEW BORRELLI and
PHILIP GIORDANO                              :   AUGUST 8, 2003

### DEFENDANTS' MOTION TO STRIKE

Pursuant to Fed. Rule Civ. P. 12(f), the defendants in this case move to strike the plaintiffs' objection to motion to strike. This objection was filed untimely despite the Court's granting of two extensions within which the plaintiffs could file an objection. The defendants request that the Court strike this objection due to the plaintiffs' failure to file within this extended period.

On or about March 24, 2003, the defendants in the above captioned case filed

---

October 20, 2003
Tilghman v. Waterbury Board of Education, 3:01CV1657 (RNC)

Re:  Defendants' Motion to Strike [Doc. #77]

Denied.  Defendants move to strike plaintiffs' objection [Doc. #75] to defendants' first motion to strike [Doc. #71] because it was filed eight days after the applicable deadline.  The tardy filing serves to supplement plaintiffs' previously filed Rule 56(a)(2) statements by adding supporting affidavits.  Because of the affidavits' potential importance to plaintiffs' ability to withstand defendants' motion for summary judgment, they should be stricken for tardiness only if necessary to prevent unfair prejudice. No such justification has been shown.  So ordered.

Robert N. Chatigny, U.S.D.J.

**TESTIMONY NOT REQUIRED**
SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW