UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS TILGHMAN, ET AL., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CASE NO. 3:01CV1657 (RNC) |
| : | |
| WATERBURY BOARD OF ED., ET AL., : | |
| : | |
| Defendants. : | |

<u>ORDER</u>

Pursuant to the court's order of December 11, 2001, a joint trial memorandum is due to be filed 30 days after a ruling on a motion for summary judgment. The ruling on defendants' motion for summary judgment was filed on March 25, 2004.

Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before May 10, 2004.

So ordered.

Dated at Hartford, Connecticut this        day of April 2004.

                                          /s/RNC
                                    Robert N. Chatigny
                              United States District Judge