UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANCES TILGHMAN and            :
SHARON HEARD-McKNIGHT      :
                                      :

VS.                               :          NO. 3:01CV1657(RNC)
                                        :

WATERBURY BOARD OF EDUCATION and  :
MATTHEW BORRELLI             :          APRIL 21, 2004

## A P P E A L

The plaintiff Frances Tilghman appeals to the United States Court of Appeals

from the Judgment entered against her and in favor of the defendants Waterbury Board

of Education and Matthew Borrelli, a copy of which is attached hereto.

THE PLAINTIFF, FRANCES TILGHMAN

BY:_____
     JOHN R. WILLIAMS (ct00215)
     Williams and Pattis, LLC
     51 Elm Street
     New Haven, CT 06510
     TELEPHONE: 203.562.9931
     FAX: 203.776.9494
     E-MAIL: jrw@johnrwilliams.com
     Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Gary S. Starr, Esq., Shipman &
Goodwin LLP, One American Row, Hartford, CT 06103.

_____
JOHN R. WILLIAMS