# DISTRICT OF CONNECTICUT - HARTFORD
## NOTICE OF APPEAL COVER MEMO

**DATE:** April 23, 2004   **TO:** Intake Clerk

**FILED**

**FROM:** Martha Gothers 860 240-3202

2004 MAY -3 A 11: 10

**CASE TITLE:** Francis Tilghman v. Waterbury Board of Education

U.S. DISTRICT COURT
HARTFORD, CT.

**DOCKET NO.:** 3:01cv1657 (RNC)

**NOTICE OF APPEAL:** filed: April 22, 2004

**APPEAL FROM:** final judgment: Ruling & Order dated 3/25/04

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties) Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** Patricia Maffera   **DATE:** 4/28/04
DEPUTY CLERK, USCA

**USCA No.** _____.