UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCES TILGHMAN and<br>SHARON HEARD-MCKNIGHT,<br>    Plaintiffs<br><br>v.<br><br>WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO<br>    Defendants | :<br>:  CIVIL ACTION NO.:<br>:  3:01CV 01657 (RNC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:  MAY 10, 2004 |

### APPEARANCE

Please enter my appearance as attorney for the defendant, Matthew Borrelli, in the above-captioned matter.

Dated at Hartford, Connecticut, this 10th day of May, 2004.

Respectfully Submitted,

DEFENDANT, MATTHEW BORRELLI

By /s/ Stephen M. Sedor
Stephen M. Sedor
Federal Bar No. ct261117
For Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone (860) 251-5000
Facsimile (860) 251-5500
Email: ssedor@goodwin.com
His Attorney

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of May, 2004, a copy of the foregoing Notice of Appearance was sent via first-class mail, postage prepaid, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

*[signature]*
Stephen M. Sedor

371288 v.01