# Appendix

HEARD 451



CONNECTICUT COMMISSION on HUMAN RIGHTS & OPPORTUNITIES

July 17, 2000

Miquel A. Escalera, Jr.
Attorney at Law
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT 06106

Dear Attorney Escalera:

The Commission on Human Rights and Opportunities is in the process of finalizing its report of findings and recommendations regarding the City of Waterbury's Board of Education personnel policies and practices. As you know, the Commission conducted a public fact-finding hearing in Waterbury on April 4, 2000 to gather facts in response to allegations of favoritism in hiring and a lack of diversity among the Waterbury public school staff.

Prior to issuing the final report, the Commission chair asked me to ascertain the status of certain issues that arose or were discussed at the hearing. Specifically,

1. What, if any, line item has been included in the Board of Education's 00-01 proposed budget for recruitment and retention of minority teachers and administrators?

2. Has the city renewed its contract with Irwin and Associates? If the contract has not been renewed, has the city executed a contract with another firm to assist the city with recruitment and retention efforts or has the city assigned internal staff to perform these responsibilities?

3. The city's Minority Recruitment and Retention Plan calls for the establishment of a Standing Committee for Recruitment and Retention of Minority Teachers and Administrators? What is the status of that committee? Who are the members and what is the specific role of the committee members?

HEARD 452

21 GRAND STREET . HARTFORD . CONNECTICUT 06106 (860) 541.3400  FAX (860) 246.5068  Toll Free in Connecticut 1.800.477.5737

*Affirmative Action · Equal Opportunity Employer*

Attorney Escalera
July 13, 2000
Page 2

4. Has the city revised its interviewing and hiring protocols to ensure the hiring process is more systematic and not culturally, racially, ethnically or gender based? If yes, how? Has the city implemented the protocol?

5. It is our understanding that the city is in the process of hiring persons to fill 100 teacher/administrator positions and that 40 individuals have already been hired. How did the city advertise the availability of these positions? What is the city's current hiring practice to recruit for these positions? What is the racial, ethnic, and gender composition of the 40 hires? How is it intended that the remaining 60 positions will be filled?

6. Will the City of Waterbury's Charter have to be revised to remove the mayor's ex-officio membership on the Board of Education? If yes, has such a revision been proposed?

7. What is the status of the Waterbury Human Rights Commission? It is our understanding that this commission is in the process of being reactivated. Will this commission play a role in the city's efforts to recruit and retain minority teachers and administrators or have any oversight responsibility? If yes, how? As previously stated, the Commission on Human Rights and Opportunities is available to provide technical assistance to the Waterbury Commission.

I would like to provide my commissioners with a final report in September and would appreciate your response to the above inquiries by July 31, 2000. Please do not hesitate to call me at (860) 541-3451 should you have any questions.

Sincerely,

Cynthia Watts Elder
Executive Director


cc: Commissioners
    Mayor Philip A. Giordano
    Matthew Borrelli

HEARD 453

# KAINEN, ESCALERA & McHALE, P.C.

21 OAK STREET
HARTFORD, CONNECTICUT 06106
TELEPHONE: (860) 493-0870
FACSIMILE: (860) 493-0871

August 11, 2000

Cynthia Watts Elder
Executive Director
Commission on Human Rights
    And Opportunities
21 Grand Street
Hartford, CT 06106

EXECUTIVE DIRECTOR'S OFFICE
**RECEIVED**
AUG 1 1 2000
COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES

Dear Ms. Watts Elder:

    This responds to your request for additional information regarding the Waterbury Board of Education personnel policies. Please be advised as follows:

    The approved Board of Education budget for the 2000-2001 school year contains funding for recruiting, including funding for extensive advertising of all teacher and administrator vacancies.

    Recruiting efforts for the current year have been extensive, including recruiting at minority job fairs; internal posting of all teacher and administrator vacancies; external advertising of all vacancies for teacher and administrator positions in numerous newspapers, including newspapers focused on minority populations; development of a database of institutions to which recruiting efforts are being directed to maximize the number of minority applicants; development of minority recruitment packets; development of a minority recruitment brochure; and distribution of the minority recruitment packets and minority recruitment brochures. More than 5,600 minority recruitment brochures were distributed.

    The Board of Education's hiring protocols have been revised to ensure that there is no bias against any candidate. A panel including the Superintendent, the Director of Pupil Services, and a rotating member of the Board of Education conducts interviews for administrator positions. A committee of teachers and principals conduct interviews for teacher positions. The performance of each applicant during their interview is scored against identical criteria. More than 50% of the minority applicants who have been interviewed have received job offers. The final hiring numbers and percentages will not be available for another month.

    The Minority Affairs Committee has held many meetings and made significant progress in advancing minority recruitment efforts. Internal staff now conducts minority recruiting. Waterbury is not currently using an outside minority recruiting consulting firm.

**HEARD 454**

Cynthia Watts Elder
August 11, 2000
Page 2

    An amendment to the Waterbury City Charter would be needed to remove the mayor's ex-officio membership on the Board of Education. Such a revision was recently proposed. However, the Board of Alderman did not approve the proposed revision to appear on the next public ballot.

    The Waterbury Human Rights Commission has been reactivated. However, it is an independent commission and I have no authority to speak for the Waterbury Human Rights Commission as to what they may elect to undertake going forward.

    The following supplemental documents are submitted as pertinent to your requests:

    (a) A memorandum dated June 8, 2000, summarizing recent minority recruiting activities.

    (b) A portion of Waterbury's database of institutions targeted for minority recruiting efforts;

    (c) The Waterbury Public Schools Minority Affairs Committee List; and

    (d) The Waterbury Board of Education Recruiting Brochure.

Please add these materials to the hearing record.

    Finally, as you may know, I forwarded a Freedom of Information request to your attention on April 17, 2000. With the exception of receiving the tapes of the fact-finding hearing, the request has not been answered. I would like to review the requested documents so that I can identify which of the documents I need copied. As it has been nearly four months since you received my request, I would hope that you would allow me to review the responsive documents in the very near future.

    Thank you for your consideration. If you have any questions or need additional information, please do not hesitate to contact me.

                                         Very truly yours,

                                         Miguel A. Escalera Jr.

Cc:   Elena Ricci, Esq.

Irvin and Associates
Educational Consultants

To:     Mathew Borrelli
        Interim Superintendent
        Waterbury Public Schools
        Chase Building
        236 Grand St.
        Waterbury, CT 06702

From:   Jeanne M. Fulginiti
        Senior Associate

Re:     Waterbury Minority Recruitment
        List Preparation and Mailings

Date:   June 8, 2000

This brief report describes the work of **Irvin and Associates** with regard to the preparation of mailing lists, labels, letter and mailing packages for **Waterbury's Minority Recruitment Initiative.**

- **Stage I** of the process involved research regarding institutions of higher education that prepare undergraduate, masters and doctoral candidates for teaching and administrative positions in public schools.
- **Stage II** required the cross indexing of that list of colleges and universities with databases containing information about the percentage of minority and women's enrollment in these teacher-training institutions.
- **Stage III** involved creation of a database of institutions to which Waterbury should direct mailings.
- **Stage IV** required the preparation of Recruitment Packages. Each package contained:
    - A. a letter to colleagues from the Interim Superintendent,
    - B. an appropriate volume of brochures based upon a matrix of values including:
        1.) propinquity to Waterbury.
        2.) past history of provision of candidates to Waterbury.
        3.) colleges and universities which though demonstrating high enrollment of Black and Hispanic candidates had never sent candidates to Waterbury.
        4.) colleges and universities preparing large numbers of minority candidates in areas of anticipated 2000-2001 Waterbury openings.
        5.) historic Black colleges and Universities throughout the United States.

Mr. Lou Irvin, Sr.  ♦  Dr. Jeanne Fulginiti  ♦  Dr. Frances Harris

75 LeFoll Boulevard  South Windsor, CT  06074  (860) 282-0224 (H)  (860) 610-9025 (F)

HEARD 456

1

      6.) higher educational institutions with high Hispanic enrollments across the United States and in Puerto Rico.

- **Stage V** required delivery of all Minority Recruitment Packages to the Waterbury city mailroom and distribution by US Mail.

**Irvin and Associates** facilitated brochure development, accomplished the research necessary to identify target institutions; created the lists; packaged materials; developed return and directed address mailing labels and delivered the mailing packages to the Waterbury mailroom where they were dispatched through the postal system. Additional mailings were prepared and sent to all minority candidates who had been met and interviewed by Irvin and Associates at conferences, at universities and through local and national associations related to multicultural education.

During May weekly meetings with the Waterbury Superintendent, an Irvin and Associates Representative agreed to research and develop lists for various minority organizations and minority church leaders throughout the state. To date packages have been prepared and sent to more than half of the identified church leaders and organization presidents. A follow-up mailing will be sent as soon as the Council of Churches provides additional names of individuals who head the remaining congregations.

**As of this report the following Waterbury Minority Recruitment Initiative mailings have been sent:**

**Colleges and Universities as per attached mailing list:**

- 82 packages containing **3050** brochures (primarily to CT, MA, NJ, NY, PA and RI institutions.

- 195 packages containing **1560** brochures to institutions with historically Black and/or large Hispanic enrollments.

**Other organizations based on their mailing lists:**

- 200 letter size envelopes containing **600** brochures to potential candidates identified during the 1999-2000 Irvin and Associates Waterbury contract period.

- 15 letter size envelopes containing **120** brochures to heads of regional minority organizations.

- A portion of 300 envelopes containing **600** brochures have been sent to Connecticut religious organizations that have high black and Hispanic members. The remainder will be forwarded as soon as the list of Religious leaders has been received from the Council of Churches and processed by Irvin and Associates.

HEARD 457

2

A total of **5630 Minority Recruitment Initiative Brochures** have been sent to the combined list of higher educational institutions that prepare teachers and administrators, including historic Black colleges, institutions with high Hispanic enrollments, regional colleges that have provided candidates to Waterbury in the past, regional and mid-Atlantic colleges and universities that anticipated large numbers of minority teacher/administrator graduates in the class of 2000 and schools across the continental United States and Puerto Rico that have high minority enrollments. Candidates who had previously expressed interest and members of minority organizations and churches also received the **Waterbury Minority Recruitment Initiative** mailing. An additional mailing is anticipated when Irvin and Associates receive the requested mailing lists.

The attached set of labels is provided as a start on next year's **Waterbury Minority Recruitment Process**. Should you have questions regarding this report direct them to Dr. Jeanne M. Fulginiti at (860)242-4687.

HEARD 458

Director of Career Services
Wesleyan University
70 Wylis Ave.
Middletown, CT 06459-0265

Director of Career Services
Western Connecticut State University
181 White St.
Danbury, CT 06810

Director of Career Services
Yale University
New Haven, CT 06520-8234

Director of Career Services
Delaware State University
1200 North Dupont Hwy.
Dover, DE 19901

Director of Career Services
University of Delaware
Newark, DE 19716

Director of Career Services
Wilmington College
320 Dupont Hwy.
New Castle, DE 19720

Director of Career Services
American University
4400 Massachusetts Ave., NW
Washington, DC 20016-8001

Director of Career Services
George Washington University
2121 I St., Nw
Washington, DC 20052

Director of Career Services
Catholic University of America
Cardinal St.
Washington, DC 20064

Director of Career Services
Georgetown University
37th and O Sts.
Washington, DC 20057-1002

Director of Career Services
Howard University
2400 Sixth St., NW
Washington, DC 20059

Director of Career Services
Trinity College
125 Michigan Ave., NE
Washington, DC 20017-1094

Director of Career Services
University of the District of Coulmbia
4200 Connecticut Ave, NW
Washington, DC 20008

Director of Career Services
Barry University
11300 Northeast Second Ave.
Miami Shores, FL 33161-6695

Director of Career Services
Bethune-Cookman College
Dr. Mary McLeod Bethune Blvd.
Daytona Beach, FL 32114-3009

Director of Career Services
Florida International University
16400 Northwest 32nd Ave.
Miami, FL 33199

Director of Career Services
Florida Memorial College
15800 NW 42nd Ave.
Miami Fl 33054

Director of Career Services
St. Thomas University
16400 Northwest 32nd Ave.
Miami, FL 33054

Director of Career Services
University of South Florida
4202 Fowler Ave.
Tampa, FL 33620-9951

Director of Career Services
University of Miami
1252 Memorial Dr.
Coral Gables, FL 332124-4616

Director of Career Services
Agnes Scott College
141 East College Ave.
Decatur, GA 30330-3797

Director of Career Services
Albany State University
504 College Dr.
Albany, GA 31705-2796

Director of Career Services
Clark Atlanta University
223 James P. Brawley Dr., SW
Atlanta, GA 30314

Director of Career Services
Emory University
Boisfevilett Jones Center
Atlanta, GA 30322

Director of Career Services
Georgia State University
University Plaza
Atlanta, GA 30302-4009

Director of Career Services
Morehouse College
830 Westview Dr, SW.
Atlanta, GA 30314

Director of Career Services
Morris Brown College
643 Martin Luther King, Jr. Dr., NW
Atlanta, GA 30314

Director of Career Services
Spelman College
350 Spelman Lane, SW
Atlanta, GA 30314

Director of Career Services
Wesleyan College
4760 Forsyth Rd.
Macon, GA 31210-4462

Director of Career Services
National Louis University
2840 Sheridan Rd.
Evanston, IL 60201

HEARD 459

Director of Career Services
Northwestern University
1801 Hinsdale Ave.

Director of Career Services
Robert Morris College
401 South Satate St

Director of Career Services
Roosevelt University
430 South Michigan Ave.

| | | |
|---|---|---|
| Director of Career Services<br>St. Augustine's College<br>1333 West Argyle<br>Chicago, IL 60640-3501 | Director of Career Services<br>University of Illinois Urbana-Champaign<br>901 West Illinois Ave.<br>Urbana, IL 61801 | Director of Career Services<br>University of Notre Dame<br>1 Grace Hall<br>Notre Dame, IN 46556 |
| Director of Career Services<br>Kentucky State University<br>400 East Main St.<br>Frankfort, KY 40601 | Director of Career Services<br>Dillard University<br>2601 Gentilly Bldg.<br>New Orleans, LA 70122-3097 | Director of Career Services<br>Grambling University<br>PO Box 864<br>Grambling, LA 71245 |
| Director of Career Services<br>Southern University at New Orleans<br>SLU 10752<br>Hammond, LA 70402 | Director of Career Services<br>Xavier University of Louisianna<br>7325 Palmetto St.<br>New Orleans, LA 70125-1098 | Director of Career Services<br>St. Joseph's College<br>278 Whites Bridge Rd.<br>Standish, ME 04084 |
| Director of Career Services<br>Bowie State University<br>14000 Jericho Park Rd.<br>Bowie, MD 20715 | Director of Career Services<br>Capitol College<br>11301 Springfield Rd.<br>Laurel, MD 20708 | Director of Career Services<br>College of Notre Dame<br>4701 North Charles St.<br>Baltimore, MD 21210 |
| Director of Career Services<br>Coppin State College<br>2500 West North Ave.<br>Baltimore, MD 21216 | Director of Career Services<br>Hood College<br>401 Rosemont Ave.<br>Frederick, 21701-8575 | Director of Career Services<br>Morgan State University<br>1700 East Coldspring Lane<br>Baltimore, MD 21251 |
| Director of Career Services<br>University of Maryland Eastern Shore<br>Princess Ann, MD 21853 | Director of Career Services<br>University of Maryland<br>Mitchell Bldg.<br>College Park, MD 20742-5235 | Director of Career Services<br>Amherst Colledge<br>Amherst, MA 01002 |
| Director of Career Services<br>Anna Maria College<br>50 Sunset Lane<br>Paxton, MA 01612 | Director of Career Services<br>Boston Cllege<br>School of Education<br>Chestnut Hill, MA 02167-3809 | Director of Career Services<br>Boston University<br>121 Bay St.<br>School of Education<br>Boston, MA 02215 |
| Director of Career Services<br>Elms College<br>291 Springfield St.<br>Chicopee, MA 01013 | Director of Career Services<br>Emmanuel College<br>400 The Fenway<br>Boston, MA 02115 | Director of Career Services<br>Fitchburg State College<br>160 Pearl St.<br>Fitchburg, MA 01420-2697 |
| Director of Career Services<br>Lesley College<br>29 Everett St.<br>Cambridge, MA 02138-8810 | Director of Career Services<br>Mount Holyoke College<br>50 College St.<br>South Hadley, MA 01075-1488 | Director of Career Services<br>Northeastern University<br>360 Huntington Ave.<br>Boston, MA 02115-9959 |
| Director of Career Services<br>Simmons College<br>300 The Fenway<br>Boston, MA 02115-5898 | Director of Career Services<br>Smith College<br>7 College Lane<br>Northampton, MA 01603 | Director of Career Services<br>Springfield College<br>263 Alden St.<br>Springfield, MA 01109 |
| Director of Career Services<br>Stonehill College<br>320 Washington St. | Director of Career Services<br>University of Massachusetts at Amherst<br>School of Education | Director of Career Services<br>Western New England College<br>1215 Wilbraham Rd. |

HEARD 460

Director of Career Services
Westfield State College
Westfield Ave.
Westfield, MA 01086

Director of Career Services
Alcorn State University
1000 ASU Drive #300
Alcorn, MS 39096

Director of Career Services
Jackson State University
1400 J.R. Lynch St.
Jackson, MS 39217

Director of Career Services
Colby-Sawyer College
100 Main St.
New London, NH 03257

Director of Career Services
Franklin Pierce College
College Rd
Rindge, NH 03461-0060

Director of Career Services
Keene State College
229 Main St.
Keene, NH 03435-2604

Director of Career Services
New England College
26 Bridge St.
Henniker, NH 03242

Director of Career Services
Notre Dame College
2321 Elm St.
Manchester, NH 03104

Director of Career Services
Plymouth State College
17 High St.
Plymouth, NH 03264-1595

Director of Career Services
University of New Hampshire
4 Garrison Ave.
Durham, NH 03824

Director of Career Services
College of St. Elizabeth
2 Convent Rd.
Morristown, NJ 07960

Director of Career Services
Felician College
262 South Main St.
Lodi, NJ 07644-2198

Director of Career Services
Georgian Court College
900 Lakewood Ave.
Lakewood, NJ 08701-2697

Director of Career Services
Montclair State University
Normal Ave. & Valley Rd.
Upper Montclair, NJ 07043-1624

Director of Career Services
New Jersey City University
2039 Kennedy Ave.
Jersey City, NJ 07305-1597

Director of Career Services
Rutgers the State Univeristy of New Jersey
65 Davidson Rd.
Douglass College
Piscataway, NJ 07036

Director of Career Services
St. Peter's Colllege
2641 Kennedy Blvd.
Jersey City, NJ 07306

Director of Career Services
Seton Hall University
400 South Orange Ave.
South Orange, NJ 07079-2689

Director of Career Services
New Mexico State University
Las Cruses, NM 88003-8001

Director of Career Services
University of New Mexico
150 Student Services Center
Albuquerque, NM 87131-2046

Director of Career Services
Audrey Cohen College
75 Varick St.
New York, NY 10013-1919

Director of Career Services
City University of New York:City College
160 Convent Ave.
New York, NY 10031

Director of Career Services
City University of New York
Brooklyn College
2900 Bedford
Brooklyn, NY 11210

Director of Career Services
City University of New York:Hunter College
695 Park Ave.
New York, NY 10021

Director of Career Services
City University of New York
Lehman College
Bedford Park Blvd.
Bronx, NY 10468

Director of Career Services
City University of New York:Queens College
65-30 Kissena Blvd.
Flushing, NY 11367

Director of Career Services
City University of New York: York College
94-20 Guy R. Brewer Blvd.
Jamaica, NY 11451-9989

HEARD 461

Director of Career Services
College of New Rochelle
School of New Resources
Newman Hall
New Rochelle, NY 10805-2339

Director of Career Services
Cornell University
410 Thurston Ave.
Ithaca, NY 14850-2488

Director of Career Services
Fordham University
441 E. Fordham Rd.
College of Education
Bronx, NY 10458

Director of Career Services
Hofstra University
100 Hofstra University

Director of Career Services
Iona College
715 North Ave.

Director of Career Services
Marymount College
100 Marymount Ave.

Director of Career Services
InterAmerican University of Puerto Rico
Barranquitas Campus
Barranquitas, PR 00794

Director of Career Services
InterAmerican University of Puerto Rico
Fajardo Campus
Fajardo, PR 00738

Director of Career Services
InterAmerican University of Puerto Rico
Guayama Campus
Guayama, PR 00785

Director of Career Services
InterAmerican University of Puerto Rico
Metropolitan campus
Rio Piedras, PR 00928

Director of Career Services
Pontifical Catholic University of Puerto Rico
2250 Las Amercias Ave. Ste. 584
Ponce, PR 00731

Director of Career Services
InterAmerican University of Puerto Rico
San German Campus
San German, PR 00683

Director of Career Services
Turabo University
Gurabo, PR 00778

Director of Career Services
Universidad Metropolitana
Rio Piedras, PR 00928

Director of Career Services
University of Puerto Rico
Arecibo Campus
Arecibo, PR 00613

Director of Career Services
Bayamon University College
174 State Rd. #170
Paraqueind Minillas
Bayamon, PR 00959

Director of Career Services
University of Puerto Rico
Cayey University College
Cayey, PR 00736

Director of Career Services
University of Puerto Rico
Humacao University College
Humacao, PR 00791

Director of Career Services
University of Puerto Rico
Mayaquez Campus
Mayaquez, PR 00681

Director of Career Services
University of Puerto Rico
Ponce University Campus
Ponce, PR 00732

Director of Career Services
University of Puerto Rico
Rio Piedras Campus
PO Box 23344
San Juan, PR 00931-3344

Director of Career Services
University of the Sacred Heart
PO Box 1283
San Juan, PR 00914-0383

Director of Career Services
Providence College
549 River Ave.
Providence, RI 02918-0001

Director of Career Services
Salve Regina College
100 Ochre Point Ave.
Newport, RI 02840

Director of Career Services
University of Rhode Island
8 Ranger Rd., South
Kingston, RI 02881-2020

Director of Career Services
Allen University
1530 Harden St.
Columbia, SC 29204

Director of Career Services
Benedict College
1600 Harden St.
Columbia, SC 29204

Director of Career Services
Clafin College
700 College, NE
Orangeburg, SC 29115

Director of Career Services
Morris College
100 West College St.
Sumter, SC 29150-3599

Director of Career Services
South Carolina State University
300 College St, NE
Orangeburg, SC 29117

Director of Career Services
Voohrees College
1411 Voorhees Rd.
Denmark, SC 29042

Director of Career Services
Winthrop University
701 Oakland Ave.
Rock Hill, SC 29733

Director of Career Services
Fisk University
17th Ave., North
Nashville, TN 37208-3051

Director of Career Services
Tennessee State University
3500 John Merritt Blvd.
Nashville, TN 37209-1561

Director of Career Services
Middle Tennessee State University
208 Cope Administration Bldg.
Murfreesville, TN 37132

HEARD 462

Director of Career Services
Our Lady of the Lake University
411 Southwest 24th St.

Director of Career Services
St. Edward's University
3001 South Congress Ave.

Director of Career Services
St. Mary's University
One Camino Santa Maria

| | | |
|---|---|---|
| Director of Career Services<br>Texas Southern University<br>3100 Cleburne St.<br>Houston, TX 77004 | Director of Career Services<br>University of Houston<br>One Main St.<br>Downtown Campus<br>Houston, TX 77002 | Director of Career Services<br>University of St. Thomas<br>3800 Montrose Blvd.<br>Houston, TX 77006-4696 |
| Director of Career Services<br>University of Texas at El Paso<br>500 West University Ave.<br>El Paso TX 79968 | Director of Career Services<br>University of Texas Pan American<br>1201 West University Dr.<br>Edinburg TX 78539 | Director of Career Services<br>University of the Incarnate Word<br>at San Antonio<br>4301 Broadway<br>San Antonio, TX 78209-6397 |
| Director of Career Services<br>University of Vermont<br>194 South Prospect St.<br>Burlington VT 05401-3596 | Director of Career Services<br>Goddard College<br>123 Pitkin Rd.<br>Plainfield VT 05667 | Director of Career Services<br>Trinity College of VT<br>208 Colchester Ave.<br>Burlington VT 05401 |
| Director of Career Services<br>Hampton University<br>Hampton VA 23668 | Director of Career Services<br>Norfolk State University<br>2401 Corprew Ave.<br>Norfolk VA 23504 | Director of Career Services<br>Old Dominion University<br>Rollins Hall<br>Norfolk VA 23529 |
| Director of Career Services<br>Randolph-Macon Women's College<br>2500 Rivermont Ave<br>Lynchburg VA 24503-1526 | Director of Career Services<br>St. Paul's College<br>115 College Dr.<br>Lawrenceville VA 23868 | Director of Career Services<br>Virginia Commonwealth University<br>Box 842526<br>Richmond VA 23284-2526 |
| Director of Career Services<br>University of Virginia<br>Charlottesville VA 22906 | Director of Career Services<br>Virginia Union University<br>1500 North Lombardy St.<br>Richmond VA 23220 | Director of Career Services<br>Bluefield State University<br>219 Rock St.<br>Bluefield WV 24701 |
| Director of Career Services<br>Salem-Teikyo University<br>223 Main St.<br>Salem WV 26426 | Director of Career Services<br>West Virginia State College<br>Institute WV 25112-1000 | Director of Career Services<br>University of the Virgin Islands<br>#John Brewers Bay<br>Charlotte Amalie, St. Thomas VI 00802-990 |

*219 Institutions*

HEARD 463

Director of Career Services
Alabama State University
915 Jackson St.
Montgomery, AL 36101-0271

Director of Career Services
Auburn University
Auburn, AL 36849-5145

Director of Career Services
Concordia College
1804 Green St.
Selma, AL 36701

Director of Career Services
Selma University
1501 Lapsley St.
Selma, AL 36701

Director of Career Services
Stillman College
3600 Stillman Blvd.
Tuscaloosa, Al 35403

Director of Career Services
Talladega College
627 Battle St.
Talladega, AL 35160

Director of Career Services
Troy State University at Montgomery
Montgomery, AL 36103-4419

Director of Career Services
University of Alabama
PO Box 870132
Tuscaloosa, AL 3548-0132

Director of Career Services
Tuskegee University
102 Old Administration Bldg.
Tiskegee, Al 36088

Director of Career Services
University of Arizona
Robert L. Nugent Bldg.
Tucson, AZ 85721-0040

Director of Career Services
California State University: Fresno
5150 North Maple Ave.
Fresno, CA 93740-0057

Director of Career Services
California State University: Long Beach
1250 Bellflower Blvd.
Long Beach, CA 90840-0106

Director of Career Services
Monterey Institute of International Studies
425 Van Buren St.
Monterey, CA 93940

Director of Career Services
National Hispanic University
14271 Story Rd.
San Jose, CA 95127-3823

Director of Career Services
San Diego State University
5500 Campanie Drive
San Diego, CA 92182-7455

Director of Career Services
San Francisco State University
1600 Holloway Ave.
San Francisco, CA 94132

Director of Career Services
San Jose State university
One Washington St.
San Jose, CA 95192-0009

Director of Career Services
Stanford University
Old Union
Stanford, CA 94305

Director of Career Services
University of San Francisco
2130 Fulton St.
San Francisco, CA 94117

Director of Career Services
Adams State College
208 Edgemont
Almosa, CO 81102

Director of Career Services
Albertus Magnus College
700 Prospect St.
New Haven, CT 06511-1189

Director of Career Services
Charter Oak State College
66 Cedar St.
Newington, CT 06111-2646

Director of Career Services
Connecticut College
270 Mohegan Ave.
New London, CT 06320

Director of Career Services
Eastern Connecticut State University
83 Windham St.
Willimantic, CT 06226-2295

Director of Career Services
Paier College of Art
20 Gorham Ave.
Hamden, CT 06514-3902

Director of Career Services
Quinnipiac College
275 Mount Carmel Ave.
Hamden, CT 06518-1908

Director of Career Services
Sacred Heart University
5454 Park Ave.
Fairfield, Ct 06432-1000

Director of Career Services
St Joseph College
1678 Asylum Ave.
West Hartford, CT 06117-2700

Director of Career Services
Southern Connecticut State university
131 Farnham Ave.
New Haven, CT 06515-1202

Director of Career Services
Teikyo Post University
800 Country Club Rd.
Waterbury, CT 06723-2540

HEARD 464

Director of Career Services
Trinity College
300 Summit St.

Director of Career Services
University of Bridgeport
126 Park Ave.

Director of Career Services
University of Hartford
200 Bloomfield Ave.

# WATERBURY PUBLIC SCHOOLS MINORITY AFFAIRS COMMITTEE LIST

| Name | Address | Home | Work PHONE |
|---|---|---|---|
| Bennett, Dora | 140 Citizens Ave<br>Waterbury, CT 06705 | (203)597-8875 | |
| Burgos, David | 15 Circuit Ave.<br>Waterbury, CT 06708 | (203)-757-9939 | |
| D'Angelo, Paul | 48 Stonybrook Rd.<br>Waterbury, CT 06708 | | (203)621-0145 ext. 234 |
| Erdman, David | MacDermid, Inc<br>246 Freight St.<br>Waterbury, CT 06702 | | (203)575-5664 |
| Harvey, Karen | 26 Farragut St. Apt.# 9<br>Waterbury, CT 06705 | (203)754-9665 | |
| Lee, Joyce | Mayor's Office<br>Waterbury, CT 06705 | (860)550-6569 | |
| Medina, Mariel | 76 Laval St<br>Waterbury, CT 06706 | (203)757-5664 | (203)753-6671 |
| McDermond, David | data to be provided by superintendent's office | | |
| McKenney, Thomas | data to be provided by superintendent's office | | |
| Murray, James | 18 Madera Dr.<br>Waterbury, CT 06704 | (203)756-7987 | |

Page 1

HEARD 465

| Name | Address | Phone |
|---|---|---|
| Parker, Rodney | 173 Traverse St., Waterbury, CT 06704 | (203)755-4548 |
| Perez, Santa | 70 Niagra St., Waterbury, CT 06705 | (203)567-0090 |
| Scully, Martin | data to be provided by superintendent's office | (203)574-8140 |
| Sinclair, Roxanne | 32 Linden St., Waterbury, CT 06702 | (203)753-8516 |
| Stewart, Dorothy | 44 Kenneth Circle, Waterbury, CT 06710 | (203)574-2374 |
| Thermer, Cathy | 46 Bennett Ave., Waterbury, CT 06708 | (203)757-7309 |
| Washington, Karolyn | 117 Hamden Ave., Apt.A, Waterbury, CT 06704 | (203)573-0041 |
| Williams, Thelma | 109-2 Bucks Hills Rd., Waterbury, CT 06704 | (203)756-5240 |

Page 2

HEARD 466



# STATE OF CONNECTICUT
### COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
21 GRAND STREET    HARTFORD, CONNECTICUT  06106

August 18, 2000

IN REPLY:

Miguel Escalera, Esq.
Kainen, Escalera & McHale
21 Oak Street
Hartford, CT  06106

RE:    Submission of August 11, 2000

Dear Attorney Escalera:

I am in receipt of your letter and attachments dated August 11, 2000. Thank you for your response.

While the submitted information you provided will be reviewed in its entirety, upon a cursory review, some of the information appears outdated and therefore, questionable. Specifically, your submission of a list entitled "Waterbury Public Schools Minority Affairs Committee List" contains the name of a deceased person. Further, another member identified on that list is currently a CHRO employee who participated as a member of the Waterbury Board of Education's "ad hoc" committee on minority recruitment, but that employee is unaware of any recent activity involving this committee.

In addition, you suggest that your April 17, 2000, Freedom of Information request has not been fully complied with. I refer you to correspondence addressed to you (attached) from Philip A. Murphy, Jr, dated May 17, 2000. In that letter Attorney Murphy asked you to set up a mutually convenient time to inspect exhibits and other documents. My understanding is that you have not yet responded to that offer. Attorney Murphy is on vacation until Tuesday, August 22. Please feel free to call him after that time.

As you may know, the Commission is planning on releasing its final report regarding the fact-finding hearing held in Waterbury at its next meeting, scheduled for Monday, September 11, 2000 at 2:00 p.m.

Sincerely,

Cynthia Watts Elder
Executive Director

Enc.

HEARD 467

*Affirmative Action / Equal Opportunity Employer*

**The Connecticut Commission on Human Rights and Opportunities**
21 Grand Street
Hartford, CT 06106
Tel (860)-541-3400
Fax (860) 246-5419
Toll Free 1-800-477-5737
*www.state.ct.us/chro*

Cover Photo Courtesy of
Waterbury Republican-American

HEARD 468