## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of May, 2004, a copy of the foregoing Defendant's Objections to the Plaintiff's Evidence was sent via first-class mail, postage prepaid, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Stephen M. Sedor

371524 v.02