UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON HEARD-McKNIGHT | : | |
| | : | |
| VS. | : | NO. 3:01CV1657(RNC) |
| | : | |
| MATTHEW BORRELLI | : | MAY 22, 2004 |

**BRIEF IN OPPOSITION TO DEFENDANT'S SECOND MOTION IN LIMINE**

    The defendant has moved to preclude the plaintiff from presenting any testimony by Frances Tilghman.  He bases his motion on his speculation that Ms. Tilghman will testify only concerning (1) the facts of her own case, as to which this court granted summary judgment in defendant's favor, or (2) her personal opinion concerning the plaintiff's competence as a school administrator.  However, this court in denying summary judgment against the plaintiff already has determined that Ms. Tilghman has evidence which is relevant to the plaintiff's case; indeed, the court considered that evidence in denying the motion for summary judgment.

    While the court and counsel will of course be alert at trial to object to any specific question of any witness which may seek inadmissible evidence, there is no basis for

1

precluding any and all testimony from this important and well-placed fact witness.[1]

The Second Motion in Limine should be denied.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Gary S. Starr, Esq., Shipman & Goodwin LLP, One American Row, Hartford, CT 06103.

_____
JOHN R. WILLIAMS

---

[1] The plaintiff has not disclosed Ms. Tilghman as an expert witness and has no intention of calling her as such.

2