**MANDATE**

# UNITED STATES COURT OF APPEAL
## FOR THE SECOND CIRCUIT

District of Connecticut / New Haven
01-CV-1657    CT
Judge: Chatigny

TILGHMAN

v.

WATERBURY, ET AL.

FILED
Aug 16  2 21 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

04-2211-cv

*[Seal: UNITED STATES COURT OF APPEALS FILED AUG 11 2004 SECOND CIRCUIT Roseann B. MacKechnie, Clerk]*

## STIPULATION WITHDRAWING PREMATURE APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Since the present appeal appears to be premature because some claims are still pending in the District Court, F.R. Civ. P 54(b), i.e. the claims of a co-plaintiff which await trial, and no certification has been granted, and the parties further stipulate that if this Court decides that this appeal should have been taken at this time and consequently that a later appeal on the present issues is therefore untimely, the appellant may reinstate this appeal for this reason only by written notice to the clerk of this Court <u>within 30 days after this Court so decides</u>.

This stipulation shall not preclude the filing of a new notice of appeal from a final judgment or any other appealable order.

CERTIFIED: 8/11/04

_____
Counsel for Appellant

So Ordered

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

By: _____
Lisa J. Greenberg, Staff Counsel

_____
Counsel for Appellees

**A TRUE COPY**
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK