UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED** 2004 SEP 21 P 4:09
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| FRANCES TILGHMAN, ET AL., : | |
| Plaintiffs, : | |
| v. : | CASE NO. 3:01CV1657(RNC) |
| WATERBURY BOARD OF : EDUCATION, ET AL., : | |
| Defendants. : | |

### REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge <u>Donna F. Martinez</u>.

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 21 day of September 2004.

_____
Robert N. Chatigny
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCES TILGHMAN, ET AL., | : |
| Plaintiffs, | : |
| v. | :    CASE NO. 3:01CV1657(RNC) |
| WATERBURY BOARD OF EDUCATION, ET AL., | : |
| Defendants. | : |

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

     In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____    Date _____

_____    Date _____

_____    Date _____