UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANCES TILGHMAN, ET AL.,       :
          Plaintiffs,            :
                                 :
    v.                           :     CASE NO. 3:01CV1657(RNC)
                                 :
WATERBURY BOARD OF               :
EDUCATION, ET AL.,               :
                                 :
          Defendants.            :

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_[signature]_                          Date  9/25/04

                                       Date

_[signature: Gary S. Starr]_           Date  9/29/04

Date  September 29, 2004

Approved. This case is hereby referred for all proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So Ordered

_[signature]_
Robert N. Chatigny, U.S.D.J.