UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHARON HEARD-McKNIGHT          :
                                                    :
VS.                                               :        NO. 3:01CV1657(RNC)
                                                    :
MATTHEW BORRELLI              :        OCTOBER 25, 2004

## **APPEARANCE**

To the Clerk of this court and all parties of record:

       Enter my appearance, in addition to counsel of record, in this case for the plaintiff.

       The Plaintiff, Sharon Heard-McKnight


_____
Kim Coleman Waisonovitz
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct25759
E-mail: kwaisonovitz@johnrwilliams.com
Her Attorney

1

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing hand delivered on October 26, 2004, to

the following counsel of record:

Gary S. Starr, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919.

_____
Kim Coleman Waisonovitz

2