UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON HEARD-McKNIGHT | : | |
| | : | |
| VS. | : | NO. 3:01CV1657(DFM) |
| | : | |
| MATTHEW BORRELLI | : | JANUARY 14, 2005 |

**WITHDRAWAL OF ACTION BY SHARON HEARD-McKNIGHT**

The plaintiff Sharon Heard-McKnight withdraws all of her claims against all defendants, past and present, with prejudice and without costs. This withdrawal is entered by agreement of all parties hereto.

THE PLAINTIFF, SHARON HEARD-McKNIGHT

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Her Attorney

1

<u>CERTIFICATION OF SERVICE</u>

On the date above stated, a copy hereof was mailed to Gary S. Starr, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919.

_____
JOHN R. WILLIAMS

2