UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANCES TILGHMAN,
SHARON HEARD-MCKNIGHT

    v.                              Case Number: 3:01CV1657 (DFM)

WATERBURY BOARD OF EDUCATION,
MATTHEW BORRELLI, PHILIP
GIORDANO,

FILED
2005 JAN 19  P 12: 50
U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE TO COUNSEL
---------------------

    The above-entitled case was reported to the Court on <u>January 14, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on February 13, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, January 19, 2005.


                                          KEVIN F. ROWE, CLERK

                                  By: _____
                                             Robert K. Wood
                                             Deputy Clerk