UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCES TILGHMAN and : | |
| SHARON HEARD-McKNIGHT : | |
| : | |
| VS. : | NO. 3:01CV1657 (DFM) |
| : | |
| WATERBURY BOARD OF EDUCATION, : | |
| MATTHEW BORRELLI and : | |
| PHILIP GIORDANO : | FEBRUARY 10, 2005 |

### DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a)(2)(B)(ii) and Local Rule of Civil Procedure 77.1(b)(3), the undersigned Defendants, Waterbury Board of Education, Matthew Borrelli and Philip Giordano, (hereinafter referred to as "Waterbury", "Borrelli" and "Giordano"), respectfully request that the Court enter judgment in their favor, as to the Plaintiff, Frances Tilghman (hereinafter referred to as "Tilghman"), pursuant to the final Order and Ruling of the Court (Chatigny, J.) dated March 25, 2004, granting in full Defendants' Motion for Summary Judgment as to plaintiff, Tilghman. In support of their motion Defendants state as follows:

1). On or about August 28, 2001, plaintiffs Tilghman and Sharon Heard-McKnight (hereinafter referred to as "Heard-McKnight"), filed their three count complaint against

Defendants Waterbury, Borrelli and Giordano.  Count One was brought by both plaintiffs alleging racial discrimination in violation of the Fourteenth Amendment to the United States Constitution and the Connecticut Constitution.  Count Two was brought by plaintiff Heard-McKnight only, alleging that Defendants violated Conn. Gen. Stat. §31-49 by failing to provide a safe working environment.  Count Three was brought by Tilghman alleging Defendants violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq., by terminating her employment based on her race.

    2)    On October 12, 2001, Defendant Waterbury filed its Motion to Dismiss Count Two of Plaintiffs' Complaint.  On October 31, 2001, Defendant, Borrelli filed his Motion to Dismiss Count Two of the Plaintiffs' Complaint.  On October 13, 2001 the Court granted the Defendants' Motions to Dismiss Count Two of the Plaintiffs' Complaint. (Chatigny, J.)

    3)    On March 24, 2003, the Defendants, Waterbury, Borrelli and Giordano, filed their Motion for Summary Judgment as to all claims filed by plaintiff Tilghman and the remaining claim filed by plaintiff Heard-McKnight.  On March 25, 2004 the Court entered a Ruling and Order, granting in part and denying in part Defendants' Motion for Summary Judgment as to plaintiff Heard-McKnight and granting in full their Motion for Summary Judgment regarding plaintiff Tilghman. (Chatigny, J.)

4) On April 22, 2004, Tilghman prematurely filed her appeal as to the Court's Ruling and Order of March 25, 2004 (granting Defendants' Motion for Summary Judgment in full), despite the absence of a final judgment. On August 16, 2004, Tilghman filed her Stipulation Withdrawing Premature Appeal.

5) On September 21, 2004, this case was referred to the Honorable Magistrate Judge Donna F. Martinez for all further proceedings, including trial and the entry of a final judgment. (Chatigny, J.)

6) On December 9, 2004, the Court scheduled this case for jury selection on January 5, 2005 and a jury trial commencing January 20, 2005. (Martinez, J.)

7) On January 19, 2005, the plaintiff, Heard-McKnight filed a Notice of Voluntary Dismissal of all her claims against all defendants, past and present, with prejudice. On January 19, 2005 the Court issued a Notice to Counsel stating that a dismissal is to be entered on February 13, 2005. On January 21, 2005 the Court entered an Order approving Heard-McKnight's Notice of Voluntary Dismissal with instructions for the Clerk of the Court to close the case. (Martinez, J.)

8) As of this date, the Court has only entered a Ruling and Order, (March 25, 2004), as to the granting in full of Defendants' Motion for Summary Judgment as to plaintiff,

Tilghman. The Court has yet to enter a final judgment pertaining to the March 25, 2004 Ruling and Order.

WHEREFORE, the undersigned Defendants respectfully request that the Court enter judgment in their favor, as to the Plaintiff, Tilghman, pursuant to the final Order and Ruling of the Court (Chatigny, J.) dated March 25, 2004.

        Respectfully submitted,

        WATERBURY BOARD OF EDUCATION,
        MATTHEW BORRELLI AND PHILIP
        GIORDANO,

        By _____
        Gary S. Starr
        Federal Bar No. ct06038
        Gabriel J. Jiran
        Federal Bar No. ct23469
        For Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT  06103-1919
        Telephone (860) 251-5000
        Facsimile (860) 251-5214
        Email:  gstarr@goodwin.com
        Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of February 10, 2005, a copy of the foregoing was sent via first class mail, postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Gary S. Starr

377475 v.01