UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS TILGHMAN and<br>SHARON HEARD-McKNIGHT | :<br>:<br>: |
| v. | : CASE NO. 3:01CV1657 (RNC) |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORELLI, and<br>PHILIP GIORDANO | :<br>:<br>:<br>: |

## JUDGMENT

This action having come on for consideration of defendants' motions for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motions and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion in full as to the claims made by plaintiff Tilghman, and further

Plaintiff Heard-McKnight having filed a notice of voluntary dismissal of all claims against all defendants on January 19, 2005, and the court having approved the notice of voluntary dismissal on January 21, 2005, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendants as to plaintiff Tilghman's claims.

Dated at Hartford, Connecticut, this 8th day of April 2005.

KEVIN F. ROWE, Clerk

By  /s/lik
Linda I. Kunofsky
Deputy Clerk

EOD _____