UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCES TILGHMAN, ET AL | : | |
| | : | |
| VS. | : | NO. 3:01CV01657 (RNC) |
| | : | |
| WATERBURY BOARD OF EDUCATION, ET AL | : | APRIL 18, 2005 |

## NOTICE OF APPEAL

The Plaintiff, Frances Tilghman, herewith files her notice of intent to appeal. Judgment entered in this case on April 8, 2005.

The Plaintiff

By: _____
NORMAN A. PATTIS, Her Attorney
Federal Bar No. ct13120
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524

## CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, postage prepaid, this ____ day of April, 2005 to:

Gary Starr, Esquire
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103

_____
NORMAN A. PATTIS