**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT.**
THURGOOD MARSHALL UNITED STATES COURTHOUSE

| |
|---|
| DC:    CT / N. Haven |
| DC#:   01-cv-1657 |
| DC Judge: Hon. D. Martinez |



Tilghman v. Waterbury Bd. of Ed.

NO. 05-2012-cv

### APPEAL SCHEDULING ORDER #1

A pre-argument conference has been scheduled. Accordingly, the following scheduling order is hereby entered.

IT IS HEREBY ORDERED that the index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before **June 8, 2005** . The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix shall be filed on or before **June 15, 2005** .

IT IS FURTHER ORDERED that the brief of the appellee shall be filed on or before **July 15, 2005.**

IT IS FURTHER ORDERED that the ten (10) copies of each brief shall be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of **August 22, 2005** . All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal or the appellant's brief and joint appendix, at the times directed, or upon default of the appellant regarding any other provision of this order, the appeal may be dismissed forthwith without further notice.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subject to such sanctions as the court may deem appropriate.

**Roseann B. MacKechnie, Clerk**
**by**

Date:_____

Stanley A. Bass
Staff Counsel

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Roseann B. MacKechnie
Clerk

Stanley A. Bass
Staff Counsel
(212) 857-8760



Tilghman v. Waterbury Bd. of Ed.

NO. 05-2012-cv

## TELEPHONIC PRE-ARGUMENT CONFERENCE NOTICE AND ORDER

For the convenience of out-of-town counsel, a telephonic PRE-ARGUMENT CONFERENCE has been scheduled for **Tuesday May 25, 2005** at **4:15 P.M. EDT.** The conference should be initiated by appellant's counsel, who should first have all appellees' counsel on the line, and then call Staff Counsel at this conference line number: **(212) 857-8761**.

To effectuate the purposes of the Conference, **the attorneys in charge of the appeal or proceeding are required to attend and must:**

(1)     have full authority to settle or otherwise dispose of the appeal or proceeding;

(2)     be fully prepared to discuss and evaluate seriously the legal merit of each issue on appeal or review;

(3)     be prepared to narrow, eliminate, or clarify issues on appeal when appropriate.

Any other matters which the Staff Counsel determines may aid in the handling or the disposition of the proceedings may be discussed. Counsel may raise any other pertinent matter they wish at the Conference.

\*     **To insure that all parties have received notice of the scheduled pre-argument conference, counsel should confirm with each other the time and place of the conference at least 48 hours prior to the conference.**

\*\*     **Counsel are requested to call (212) 857-8760, upon receipt of this notice, in order to confirm.**

Date: _____

BY: _____
Stanley A. Bass
Staff Counsel