UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANCES TILGHMAN and<br>SHARON HEARD-MCKNIGHT,<br>Plaintiffs | : <br>: <br>: <br>: | CIVIL ACTION NO.:<br>301CV 01657 (RNC) |
| v. | : <br>: | |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO<br>Defendants | : <br>: <br>: <br>: | <br><br><br>JUNE 28, 2005 |

## INDEX TO THE RECORD ON APPEAL

| | DOCUMENT NO. |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed (Doc. # 1) | 2 |
| Motion to Strike (Doc. # 8) | 3 |
| Motion to Dismiss (Doc. # 9) | 4 |
| Memorandum in Support of Motion to Dismiss (Doc. # 10) | 5 |
| Memorandum in Support of Motion to Strike (Doc. # 11) | 6 |
| Memorandum in Opposition to Motion to Dismiss (Doc. 13) | 7 |
| Memorandum in Opposition to Motion to Strike (Doc. # 14) | 8 |
| Motion to Strike (Doc. # 16) | 9 |
| Memorandum in Support of Motion to Strike (Doc. # 17) | 10 |
| Motion to Dismiss (Doc. # 18) | 11 |

| | |
|---|---|
| Memorandum in Support of Motion to Dismiss (Doc. # 19) | 12 |
| Memorandum in Opposition to Motion to Dismiss (Doc. # 20) | 13 |
| Memorandum in Opposition to Motion to Dismiss (Doc. # 21) | 14 |
| Reply to Response to Motion to Strike (Doc. # 22) | 15 |
| Reply to Response to Motion to Strike (Doc. # 23) | 16 |
| Reply to Response to Motion to Dismiss (Doc. # 24) | 17 |
| Reply to Response to Motion to Dismiss (Doc. # 25) | 18 |
| Answer and Affirmative Defenses (Doc. # 28) | 19 |
| Answer and Affirmative Defenses (Doc. # 35) | 20 |
| Answer and Affirmative Defenses (Doc. # 39) | 21 |
| Motion to Exceed Page Length (Doc. # 58) | 22 |
| Motion for Summary Judgment (Doc. # 59) | 23 |
| Memorandum in Support of Summary Judgment (Doc. # 60) | 24 |
| Motion for Summary Judgment re: Tilghman (Doc. # 62) | 25 |
| Memorandum in Support of Summary Judgment (Doc. # 63) | 26 |
| Statement of Material Facts (Doc. #64) | 27 |
| Objection to Summary Judgment (Doc. # 66) | 28 |
| Memorandum in Opposition to Summary Judgment (Doc. #67) | 29 |
| Statement of Material Facts (Doc. #68) | 30 |
| Reply to Opposition to Summary Judgment (Doc. # 70) | 31 |

| | |
|---|---|
| Motion to Strike Facts Statement (Doc. # 71) | 32 |
| Memorandum in Support of Motion to Strike Fact Statement (Doc. # 72) | 33 |
| Objection to Motion to Strike Fact Statement (Doc. # 75) | 34 |
| Amended Statement of Material Facts (Doc. # 76) | 35 |
| Motion to Strike Objection to Motion to Strike (Doc. # 77) | 36 |
| Endorsement Denying Motion to Strike # 77 (Doc. # 80) | 37 |
| Endorsement Denying Motion to Strike # 71 (Doc. # 81) | 38 |
| Ruling and Order re. Summary Judgment (Doc. # 82) | 39 |
| Notice of Appeal (Doc. # 84) | 40 |
| Mandate re; Withdrawal of Premature Appeal (Doc. # 93) | 41 |
| Notice of Voluntary Dismissal (Doc. # 112) | 42 |
| Order Approving Voluntary Dismissal (Doc. # 113) | 43 |
| Motion for Entry of Judgment (Doc. # 115) | 44 |
| Order Granting Motion for Judgment (Doc. # 116) | 45 |
| Judgment (Doc. # 117) | 46 |
| Notice of Appeal (Doc. # 118) | 47 |
| Clerk's Certificate | 48 |