UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCES TILGHMAN and<br>SHARON HEARD-MCKNIGHT<br><br>VS.<br><br>WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORRELLI and<br>PHILIP GIORDANO | :<br>:<br>:<br>:   NO. 3:01CV1657 (RNC)<br>:<br>:<br>:<br>:   DECEMBER 6, 2005 |

### ITEMIZED AND VERIFIED BILL OF COSTS OF
### DEFENDANTS-APPELLEES WATERBURY BOARD OF EDUCATION,
### MATTHEW BORRELLI AND PHILIP GIORDANO

Pursuant to Rule 17 of the Local Rules of Civil Procedure, Fed. R. Civ. P. 54(d) and 28 U.S.C. §§1821, 1920-1923, Defendants, Waterbury Board of Education, Matthew Borrelli and Philip Giordano, submit the following Verified Bill of Costs.

Attorney Gary S. Starr, counsel for Defendants, being duly sworn, verifies that the costs listed below are true and correct and were necessarily incurred in the above-captioned case, and that the services for which fees have been charged were actually and necessarily performed:

| | |
|---|---:|
| Fees of the court reporter for all or any part of the Transcript necessarily obtained for use in the case. (See **Schedule A**) | $2,261.50 |
| Fees for exemplification and copies of papers necessarily obtained for use in case. (See **Schedule B**). | $ 160.50 |

| | |
|---|---:|
| Docket fees under 28 U.S.C. §1923 (See **Schedule C**) | $ 5.00 |
| Costs as shown on Mandate of Court Appeals* | $ 52.80 |
| **TOTAL** | **$2,479.80** |

*See copy of Statement of Costs from the United States Court of Appeals, Second Circuit, ($52.80) dated November 23, 2005, attached.

_____
Attorney Gary S. Starr

Subscribed and sworn to before me this
6th day of December, 2005.

_____
Commissioner of the Superior Court

419225 v.01

STATEMENT OF COSTS

Taxed in the amount of $ 52.80 in favor of Appellees, Waterbury Board of Education, et al.

11-23-05
Date

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk

Arthur M. Heller, Motions Staff Attorney

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FRANCIS TILGHMAN,
    Plaintiff-Appellant

DOCKET NO. 05-2012CV

v.

WATERBURY BOARD OF EDUCATION,
MATTHEW BORRELLI AND
PHILIP GIORDANO,
    Defendants-Appellees

FILED NOV 28 2005 UNITED STATES COURT OF APPEALS SECOND CIRCUIT

NOVEMBER 21, 2005

## ITEMIZED AND VERIFIED BILL OF COSTS OF DEFENDANTS-APPELLEES WATERBURY BOARD OF EDUCATION, MATTHEW BORRELLI AND PHILIP GIORDANO

Counsel for Waterbury Board of Education, Matthew Borrelli and Philip Giordano, respectfully submit, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within Bill of Costs and requests the Clerk to prepare an itemized statement of costs taxed against the Plaintiff-Appellant, Frances Tilghman, and in favor of the Defendants-Appellees, Waterbury Board of Education, Matthew Borrelli and Philip Giordano, for insertion in the mandate.

| | |
|---|---|
| Costs of Printing Brief (11 Necessary Copies)<br>(Copies incurred in-house at .10 cents per page x 528 pages) | $ 52.80 |
| Total | $ 52.80 |

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

State of Connecticut )
                     ) ss: Hartford, Connecticut    November 21, 2005
County of Hartford   )

I, GARY S. STARR, certify under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Executed on this 21st day of November, 2005

*/s/ Gary S. Starr*
Gary S. Starr, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this 21ˢᵗ day of November, 2005, a copy of the foregoing Itemized and Verified Bill of Costs of Defendants-Appellees, Waterbury Board of Education, Matthew Borrelli and Philip Giordano, was mailed, via U.S. mail, first class, with postage fully prepaid thereon to:

Attorney Norman A. Pattis
649 Amity Road
Bethany, CT 06524

_/s/ Gary S. Starr_
Gary. S. Starr

419223 v.01

## SCHEDULE A

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12/02 | Deposition of Frances Tilghman | $ 693.10 |
| 07/31/02 | Cancellation Fee re: Deposition of Frances Tilghman | $  37.50* |
| 08/27/02 | Deposition of Frances Tilghman | $ 860.20 |
| 12/19/02 | Deposition of Frances Tilghman | $ 670.70 |
|  | TOTAL | $ 2,261.50 |

*$75.00 Cancellation fee incurred as counsel for plaintiff, Frances Tilghman, requested the cancellation of Ms. Tilghman's deposition on the morning of her deposition. Both the defendant and the plaintiff split the cancellation fee 50 – 50.

419225 v.01

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 10
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

SHIPMAN & GOODWIN
1 CONSTITUTION PLAZA
HARTFORD, CT 06103

ATTN: GARY STARR, ESQ.

FRANCES TILGHMAN AND SHARON HEARD-
MCKNIGHT VS. WATERBURY BOARD OF ED, ET AL

INVOICE NO.         9693
INVOICE DATE:       7/25/2002
REPORTER:
PATRICIA SAYA

ID#:  06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 7/12/2002 | DEPOSITIONS: JOYCE FRANCES TILGHMAN | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 149.00 | 3.90 | 581.10 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 7/25/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 7.00 | 7.00 |

Sub Total    693.10
Paid         693.10
Balance Due    0.00

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

SHIPMAN & GOODWIN
ONE AMERICAN ROW
HARTFORD, CT 06103

ATTN: GARY STARR, ESQ.

*FRANCES TILGHMAN AND SHARON HEARD-McKNIGHT VS. WATERBURY BOARD OF ED*

INVOICE NO.        9738
INVOICE DATE:    7/31/2002
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 7/31/2002 | CANCELLATION FEE | 1.00 | 75.00 | 75.00 |
| | | | Sub Total | 75.00 |
| | | | Paid | 37.50 |
| | | | Balance Due | 37.50 |

**PLEASE RETURN ONE COPY WITH REMITTANCE**

SHIPMAN & GOODWIN
RECEIVED

AUG 26 2002

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

SHIPMAN & GOODWIN
ONE AMERICAN ROW
HARTFORD, CT 06103

ATTN: GARY S. STARR, ESQ.

FRANCES TILGHMAN VS. WATERBURY
BOARD OF EDUCATION

INVOICE NO. 9976
INVOICE DATE: 8/29/2002
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/27/2002 | DEPOSITIONS: FRANCES TILGHMAN | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 198.00 | 3.90 | 772.20 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK (NO CHARGE) | 1.00 | | |
| 8/29/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |

Sub Total    860.20
Paid         0.00
Balance Due  860.20

**PLEASE RETURN ONE COPY WITH REMITTANCE**



SHIPMAN & GOODWIN
RECEIVED
SEP - 3 2002

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

SHIPMAN & GOODWIN
ONE AMERICAN ROW
HARTFORD, CT 06103

ATTN: GABRIEL JIRAN, ESQ.

FRANCES TILGHMAN, ET AL VS. WATERBURY
BOARD OF EDUCATION, ET AL

INVOICE NO.   10990
INVOICE DATE:   1/06/2003
REPORTER:
ELIZABETH ZAWACKI

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 12/19/2003 | DEPOS: FRANCES TILGHMAN(143)(VOL.3) | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 143.00 | 3.90 | 557.70 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK (NO CHARGE) | 1.00 | | |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 1/03/2003 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |

Sub Total   670.70
Paid   0.00
Balance Due   670.70

**PLEASE RETURN ONE COPY WITH REMITTANCE**


RECEIVED JAN 9 2003

## SCHEDULE B-FEES FOR EXEMPLICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| 03/24/03 | Costs for Exhibits Appended to Defendant's Motion for Summary Judgment of March 24, 2003 (29 exhibits totaling 642 pages @ .25 cents per page) | $160.50 |
|---|---|---|
| | **TOTAL** | **$160.50** |

419225 v.01

Tilghman v City of Waterbury
Disbursements 8/1/01 – present
Run date 11/15/05

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/21/2003 | 3/25/2003 | 68030 | 12 | Firm Copier Charges | B | 2575.0000 | $257.50 | $257.50 | $257.50 | 32563 | S | 1 |

## SCHEDULE C-STATUTORY ATTORNEYS' FEES (28 U.S.C. §1923)

| 03/24/03 | Defendants' Motion for Summary Judgment (3/24/03) | $5.00 |
|---|---|---|
| | **TOTAL** | **$5.00** |

419225 v.01

Respectfully Submitted,

DEFENDANTS WATERBURY BOARD OF
EDUCATION, MATTHEW BORRELLI AND
PHILIP GIORDANO,

By /s/ Gary S. Starr
Gary S. Starr (ct06038)
Gabriel J. Jiran (ct23469)
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-52145
Email: gstarr@goodwin.com
       gjiran@goodwin.com
Their Attorneys

419225 v.01

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2005, a copy of the foregoing Verified Bill of Costs of Defendants, Waterbury Board of Education, Matthew Borrelli and Philip Giordano, was mailed, via U.S. mail, first class, with postage fully prepaid thereon to:

Attorney Norman A. Pattis
649 Amity Road
Bethany, CT 06524

_____
Attorney Gary S. Starr

419225 v.01