UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 10th day of November, two thousand and five.

Present:   RALPH K. WINTER,
           ROSEMARY S. POOLER,
           SONIA SOTOMAYOR,
                      Circuit Judges,



FRANCES TILGHMAN,

        Plaintiff-Appellant,

        -v-                                              (05-2012-cv)

WATERBURY BD OF ED, MATTHEW BORRELLI, and
PHILIP GIORDANO

        Defendants-Appellees.

Appearing for Appellant:    Norman Pattis, Bethany, CT

Appearing for Appellee:     Gary Starr, Hartford, CT

Appeal from the United States District Court for the District of Connecticut (Robert N. Chatigny, J.).

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **AFFIRMED.**

Plaintiff-Appellant Frances Tilghman ("appellant") and original co-plaintiff Sharon Heard-McKnight ("McKnight") brought a cause of action under 42 U.S.C. Sections 1983 and

ISSUED AS MANDATE: 12-6-05