UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANCIS TILGHMAN and<br>SHARON HEARD-MCKNIGHT | :<br>: |
| Vs. | : CASE NO. 3:01CV1657 (RNC) |
| | : |
| WATERBURY BOARD OF EDUCATION,<br>MATTHEW BORELLI and<br>PHILIP GIORDANO | :<br>:<br>: |

<u>RULING ON DEFENDANTS' BILL OF COSTS</u>

Judgment entered for the defendants on April 8, 2005, after a ruling entered granting the defendants' motion for summary judgment. Plaintiff Francis Tilghman filed an appeal on April 20, 2005. A mandate was filed on December 12, 2005, affirming the judgement. The defendants filed an itemized and verified bill of costs on December 7, 2005. For the reasons stated below, the defendants' bill of costs is granted in part and denied in part.

I. <u>COURT REPORTER FEES:</u> Pursuant to Local Rule 54(c)2(ii), the cost of an original and one copy of deposition transcripts are recoverable as costs, if used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of a successful motion for summary judgment, or if they are necessarily obtained in preparation of the case and not for the convenience of counsel. Defendants submit claims for court reporter's fees for the depositions of Joyce Frances Tilghman taken on July 12, 2002, in the amount of $693.10 and for Frances Tilghman taken on August 27, 2002, and December 19, 2002, in the amounts of $860.20 and $670.70, respectively. After conferring with counsel it has been determined that Joyce Frances Tilghman and Frances Tilghman are one and the same person. Defendants submit a claim for the cancellation fee of a deposition scheduled for July 31, 2002, of Frances Tilghman in the

amount of $37.50.  These claims are broken down individually as follows:

<u>Joyce Frances Tilghman</u>: Defendants submit a claim in the amount of $693.10 for the deposition taken on July 12, 2002.  This claim is allowed in the reduced amount of $651.10, and the claims for mini-transcript, jurat preparation and delivery fees are disallowed.

<u>Francis Tilghman</u>: Defendants submit claims in the amount of $860.20 for the deposition taken August 27, 2002, and for $670.70 for the deposition taken on December 19, 2002.  These claims are allowed in the reduced amounts of $842.20 and $627.70 respectively, and the claims for jurat preparation, delivery and mini-transcript fees are disallowed.

<u>Cancelled Deposition of Frances Tilghman:</u> Defendants submit a claim for the cancellation fee of a deposition scheduled for July 31, 2002, of Frances Tilghman in the amount of $37.50. Defendants state the "Cancellation fee incurred as counsel for plaintiff, Frances Tilghman, requested the cancellation of Ms. Tilghman's deposition on the morning of her deposition.  Both the defendant and the plaintiff split the cancellation fee 50  - 50."  As no deposition was taken, no deposition transcript was actually generated.   Depositions for named parties must meet the same criteria as any other witness and when no deposition transcript is generated, the claim fails to meet the essential criteria for allowing the cost.  This claim is denied without prejudice to renewal within ten days unless counsel can provide statutory and/or recent case law to support allowing costs for scheduled depositions where counsel for the deponent requests the deposition be cancelled and no transcript is generated.

    II.  <u>Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case</u>: Pursuant to Local Rule 54(c)3(iii), the costs of exhibits appended to a successful motion for summary judgment are allowable.  The defendants submit a claim

for the costs of exhibits appended to their motion for summary judgment in the amount of $160.50.  This claim is allowed as submitted.

      III.  <u>DOCKET FEE</u>: Defendants submit a claim for docket fees in the amount of $5.00, which is allowed pursuant to 28 USC § 1923.

      IV.  <u>COSTS REQUESTED IN THE USCA</u>: On November 23, 2005, the United States Court of Appeals taxed costs in the amount of $52.80 in favor of the defendants.

      V.  <u>SUMMARY:</u> For the reasons previously stated, the defendants' Bill of Costs is allowed as follows:

| | |
|---|---:|
| FEES OF THE COURT REPORTER | $2,121.00 |
| FEES FOR EXEMPLIFICATION AND COPIES | 160.50 |
| DOCKET FEE | 5.00 |
| COSTS REQUESTED IN THE USCA | 52.80 |
| TOTAL | $2,339.30 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 22nd day of February, 2006.

                                              KEVIN F. ROWE, Clerk


                               By:       /s/lik
                                       Linda I. Kunofsky
                                       Deputy in Charge